UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASON CAMACHO *and on behalf of all other persons similarly situated*,

                        Plaintiff,

     -against-

NORTHEASTERN UNIVERSITY,

                        Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2019

18 CIVIL 10693 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2019, Northeastern's motion to dismiss the amended complaint under 12(b)(2) is granted, although Camacho is granted leave to refile in a court that can exercise jurisdiction over Northeastern; Camacho's request for jurisdictional discovery is denied; accordingly, the case is closed.

**Dated:** New York, New York
           October 21, 2019

                                        RUBY J. KRAJICK
                                          Clerk of Court
                             BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/21/2019